In the Matter of the Claim of MARY HLUBOKY, Respondent, against PAUL KOPITZ et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — when award properly made to mother for death of son though she was not wholly dependent upon him for support.*

*Hluboky* v. *Kopitz*, 195 App. Div. 917, affirmed.
(Submitted April 21, 1921; decided May 10, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 25, 1921, which affirmed an award of the state

industrial commission made under the Workmen's Compensation Law. Claimant's son was an iron worker's helper. While passing a charcoal furnace with a can of kerosene in his hand the same exploded, setting fire to his clothes and from the burns incurred he died. Defendants contended that claimant was not dependent upon the deceased for support, she having a husband and three other children contributing to the support of the household.

*George J. Stacy* and *James J. Mahoney* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.